PEPPY MASSLER, Appellant, *v.* MARGARET SMIT, Respondent.

Submitted July 14, 1952; decided July 15, 1952.

*Leo Brown* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless, within ten days, appellant serves and files an undertaking on appeal and pays $10 costs and, within twenty days, files the return on appeal, in which events motion denied.